**SO ORDERED: January 12, 2023.**



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

S001017 (rev 04/2022)

In re:

**Zachary D. Redden**,
    Debtor.

Case No. **23–90010–AKM–13**

## ORDER ON INSTALLMENT FEE APPLICATION AND NOTICE OF PENDING DISMISSAL

An Application to Pay Filing Fee in Installments was filed on January 11, 2023, by Debtor Zachary D. Redden.

**IT IS ORDERED** that the Application to Pay Filing Fee in Installments is **GRANTED** and that the debtor pay the filing fee in installments according to the terms proposed in the application. Regardless of the payment terms, counsel for debtor in receipt of good funds intended for the filing fee must remit those funds to the Court within **14 days** of receipt. Failure to make any payment may result in the dismissal of this case. If the case is dismissed for failure to pay an installment, all unpaid installment fees are due upon the filing of the Motion for Relief from the Dismissal Order.

**IT IS FURTHER ORDERED** that the debtor must not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case until the filing fee is paid in full.

**NOTICE IS GIVEN** that counsel must remit payments electronically. If the debtor is not represented by counsel, the debtor must pay online or send any payment to the address shown below:

    United States Bankruptcy Court
    Southern District of Indiana
    46 E Ohio St Rm 116
    Indianapolis, IN 46204

Payments can be presented in person at the address immediately shown above and must be made by money order, cashier's check, or debit card and payable to "Clerk, U.S. Bankruptcy Court." Cash and personal checks are not accepted. For more information on making an online payment, go to www.insb.uscourts.gov/online–fee–payments.

**NOTICE IS FURTHER GIVEN** that any request for additional time to make a payment must be filed with the Court prior to the date when the payment is due.

The Clerk's Office will distribute this order.

###