# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: admin | Date Created: 1/12/2023 |
| Case: 23–90010–AKM–13 | Form ID: s001017 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty          Lloyd Koehler          lloydkoehler@hotmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Zachary D. Redden          5050 Pumping Station Road SE          Elizabeth, IN 47117

TOTAL: 1