# Notice Recipients

District/Off: 0756−4    User: admin    Date Created: 01/13/2023
Case: 23−90010−AKM−13    Form ID: b309i    Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Zachary D. Redden | 5050 Pumping Station Road SE | Elizabeth, IN 47117 |
| ust | U.S. Trustee | Office of U.S. Trustee   46 E Ohio Street, Room 520 | Indianapolis, IN 46204 |
| tr | Joseph M. Black, Jr. | Office of Joseph M. Black, Jr.   PO Box 846 | Seymour, IN 47274 |
| aty | Lloyd Koehler | 400 Pearl St. Ste 200 | New Albany, IN 47150 |
| 16512406 | Brittany Bush | 5050 Pumping Station Road | Elizabeth, IN 47117 |
| 16512407 | Christina Kruer | 1746 W Oak Street | Louisville, KY 40210 |
| 16512408 | Codilis Law, LLC | 8050 Cleveland Place | Merrillville, IN 46410 |
| 16512409 | Discover Financial | Attn: Bankruptcy   Po Box 3025 | New Albany, OH 43054 |
| 16512410 | Freedom Mortgage Corporation | Attn: Bankruptcy   907 Pleasant Valley Ave, Ste 3 | Mt Laurel, NJ 08054 |
| 16512411 | IV−D Child Support Prosecutor | 311 Hauss Square, Room 249 | New Albany, IN 47150 |
| 16512412 | Jefferson Capital Systems, LLC | Attn: Bankruptcy   16 Mcleland Road | Saint Cloud, MN 56303 |
| 16512413 | OneMain Financial | Attn: Bankruptcy   Po Box 3251 | Evansville, IN 47731 |

TOTAL: 12