United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 23-90010-AKM |
| Zachary D. Redden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 12, 2023 | Form ID: s001017 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Zachary D. Redden, 5050 Pumping Station Road SE, Elizabeth, IN 47117-9300 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph M. Black, Jr. | jmbecf@trustee13.com  jmbecf@cinergymetro.net |
| Lloyd Koehler | on behalf of Debtor Zachary D. Redden lloydkoehler@hotmail.com KoehlerlR50322@notify.bestcase.com;cherylg@koehlerlawoffice.com;paulam@koehlerlawoffice.com;kloangieb@gmail.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 3

**SO ORDERED: January 12, 2023.**



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

S001017 (rev 04/2022)

In re:

**Zachary D. Redden**, 
    Debtor.

Case No. **23–90010–AKM–13**

### ORDER ON INSTALLMENT FEE APPLICATION AND NOTICE OF PENDING DISMISSAL

An Application to Pay Filing Fee in Installments was filed on January 11, 2023, by Debtor Zachary D. Redden.

**IT IS ORDERED** that the Application to Pay Filing Fee in Installments is **GRANTED** and that the debtor pay the filing fee in installments according to the terms proposed in the application. Regardless of the payment terms, counsel for debtor in receipt of good funds intended for the filing fee must remit those funds to the Court within **14 days** of receipt. Failure to make any payment may result in the dismissal of this case. If the case is dismissed for failure to pay an installment, all unpaid installment fees are due upon the filing of the Motion for Relief from the Dismissal Order.

**IT IS FURTHER ORDERED** that the debtor must not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case until the filing fee is paid in full.

**NOTICE IS GIVEN** that counsel must remit payments electronically. If the debtor is not represented by counsel, the debtor must pay online or send any payment to the address shown below:

    United States Bankruptcy Court
    Southern District of Indiana
    46 E Ohio St Rm 116
    Indianapolis, IN 46204

Payments can be presented in person at the address immediately shown above and must be made by money order, cashier's check, or debit card and payable to "Clerk, U.S. Bankruptcy Court." Cash and personal checks are not accepted. For more information on making an online payment, go to www.insb.uscourts.gov/online–fee–payments.

**NOTICE IS FURTHER GIVEN** that any request for additional time to make a payment must be filed with the Court prior to the date when the payment is due.

The Clerk's Office will distribute this order.

###