UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE ) | Chapter 13 |
| ) | |
| ZACHARY D. REDDEN, A/K/A ZACHARY REDDEN ) | CASE NO. 23-90010-AKM-13 |
| A/K/A ZACHARY DAVID REDDEN ) | |
| ) | |
| Debtor ) | |

## APPEARANCE

The undersigned of the law firm of Feiwell & Hannoy, P.C., 8415 Allison Pointe Blvd., Suite 400, Indianapolis, IN 46250, enters an appearance on behalf of Freedom Mortgage Corporation, a creditor in the above-referenced bankruptcy proceeding, and requests that all matters be directed to their attention.

    FEIWELL & HANNOY, P.C.
    /s/ SUSAN M WOOLLEY
    SUSAN M. WOOLLEY, Attorney No. 15000-64
    Attorney for Freedom Mortgage Corporation
    8415 Allison Pointe Blvd., Suite 400
    Indianapolis, IN 46250
    (317) 237-2727
    Fax: (317) 237-2717
    Email: SWOOLLEY@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on January 17, 2023, to the following:

Zachary D. Redden
Debtor
5050 Pumping Station Rd SE
Elizabeth, IN 47117-9300

Lloyd E. Koehler
Attorney at Law
400 Pearl St Ste 200
New Albany, IN 47150

Joseph M. Black Jr.
Trustee
P.O. Box 846
Seymour, IN 47274

Nancy Gargula
U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204

                                                    /s/ SUSAN M WOOLLEY
                                                    SUSAN M. WOOLLEY, Attorney No. 15000-64

Redden - File No. 107008B01