UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>ZACHARY D REDDEN | CASE NO: 23-90010<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 2 AND 10 |

On 1/18/2023, a copy of the following documents, described below,

Notice of Plan and Original Plan ECF Docket Reference No. 2 AND 10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/18/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Standing Trustee
Joseph M. Black
PO Box 846
Seymour, IN  47274

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-90010<br>SOUTHERN DISTRICT OF INDIANA<br>WED JAN 18 8-7-27 PST 2023 | BRITTANY BUSH<br>5050 PUMPING STATION ROAD<br>ELIZABETH   IN 47117-9300 | CHRISTINA KRUER<br>1746 W OAK STREET<br>LOUISVILLE   KY 40210-2441 |
| CODILIS LAW   LLC<br>8050 CLEVELAND PLACE<br>MERRILLVILLE   IN 46410-5302 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY   OH 43054-3025 | FREEDOM MORTGAGE CORPORATION<br>ATTN BK DEPT<br>10500 KINCAID DRIVE<br>FISHERS   IN 46037-9764 |
| FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY<br>907 PLEASANT VALLEY AVE   STE 3<br>MT LAUREL   NJ 08054-1210 | IVD CHILD SUPPORT PROSECUTOR<br>311 HAUSS SQUARE   ROOM 249<br>NEW ALBANY   IN 47150-3570 | ~~EXCLUDE~~<br>~~JOSEPH M BLACK JR~~<br>~~OFFICE OF JOSEPH M BLACK   JR~~<br>~~PO BOX 846~~<br>~~SEYMOUR   IN 47274-0846~~ |
| KOEHLER LAW OFFICE<br>400 PEARL ST   STE 200<br>NEW ALBANY   IN 47150-3451 | LLOYD KOEHLER<br>400 PEARL ST STE 200<br>NEW ALBANY   IN 47150-3451 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE   IN 47731-3251 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~OFFICE OF US TRUSTEE~~<br>~~46 E OHIO STREET   ROOM 520~~<br>~~INDIANAPOLIS   IN 46204-1907~~ | DEBTOR<br>ZACHARY D REDDEN<br>5050 PUMPING STATION ROAD SE<br>ELIZABETH   IN 47117-9300 |