UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

NTCFMC (rev 08/2019)

In re:

**Zachary D. Redden**,
    Debtor.

Case No. **23–90010–AKM–13**

# NOTICE OF REQUIREMENT
# REGARDING PERSONAL FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), the debtor must file a Certification About a Financial Management Course (Form 423) to be eligible for a discharge. Form 423 can be found at www.uscourts.gov/forms/bankruptcy–forms or can be obtained from any bankruptcy clerk's office. An approved provider may file a Personal Financial Management Course Certificate on behalf of the debtor.

**NOTICE IS FURTHER GIVEN** that failure to file Form 423 by the date of the last plan payment or the filing date of a motion for a discharge under 11 U.S.C. § 1328(b) may result in an Order of No Discharge and this case being closed without further notice or hearing.

To obtain relief from an Order of No Discharge, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Documents required by S.D.Ind. B–4004–1(b) and Certification About a Financial Management Course (Form 423) must be filed with the motion, or the motion will be denied.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  March 18, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court