# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: admin | Date Created: 03/18/2023 |
| Case: 23−90010−AKM−13 | Form ID: ntcfmc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty   Lloyd Koehler   lloydkoehler@hotmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Zachary D. Redden   5050 Pumping Station Road SE   Elizabeth, IN 47117

TOTAL: 1