United States Bankruptcy Court

Southern District of Indiana

In re:   Case No. 23-90010-AKM

Zachary D. Redden   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-4   User: admin   Page 1 of 1

Date Rcvd: Mar 20, 2023   Form ID: ntcfmc   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

**Recip ID     Recipient Name and Address**
db     + Zachary D. Redden, 5050 Pumping Station Road SE, Elizabeth, IN 47117-9300

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Joseph M. Black, Jr.
    jmbecf@trustee13.com  jmbecf@cinergymetro.net

Lloyd Koehler
    on behalf of Debtor Zachary D. Redden lloydkoehler@hotmail.com
    KoehlerlR50322@notify.bestcase.com;cherylg@koehlerlawoffice.com;paulam@koehlerlawoffice.com;kloangieb@gmail.com

Susan Marie Woolley
    on behalf of Creditor Freedom Mortgage Corporation swoolley@feiwellhannoy.com  usdcsdecfbk@feiwellhannoy.com

U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

NTCFMC (rev 08/2019)

In re:

**Zachary D. Redden**,
       Debtor.

Case No. **23–90010–AKM–13**

## NOTICE OF REQUIREMENT
## REGARDING PERSONAL FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), the debtor must file a Certification About a Financial Management Course (Form 423) to be eligible for a discharge. Form 423 can be found at www.uscourts.gov/forms/bankruptcy–forms or can be obtained from any bankruptcy clerk's office. An approved provider may file a Personal Financial Management Course Certificate on behalf of the debtor.

**NOTICE IS FURTHER GIVEN** that failure to file Form 423 by the date of the last plan payment or the filing date of a motion for a discharge under 11 U.S.C. § 1328(b) may result in an Order of No Discharge and this case being closed without further notice or hearing.

To obtain relief from an Order of No Discharge, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Documents required by S.D.Ind. B–4004–1(b) and Certification About a Financial Management Course (Form 423) must be filed with the motion, or the motion will be denied.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated: March 18, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court