UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF01017B (rev 09/2019)

In re:

**Zachary D. Redden**,
      Debtor.

Case No. **23–90010–AKM–13**

## NOTICE OF PENDING DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

An Application to Pay Filing Fee in Installments was filed on January 11, 2023, by the debtor. An Order of the Court dated January 12, 2023 granted the application and required the debtor to pay the filing fee in installments. The Court, after reviewing this case, finds that the debtor failed to timely pay the filing fee.

**NOTICE IS GIVEN** that the filing fee be paid in full or a hearing be requested by May 26, 2023. Failure to do so will result in the dismissal of this case.

Dated:  May 12, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court