# Notice Recipients

District/Off: 0756–4                   User: admin                    Date Created: 05/12/2023

Case: 23–90010–AKM–13            Form ID: SF01017B            Total: 11

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee          ustpregion10.in.ecf@usdoj.gov
tr        Joseph M. Black, Jr.         jmbecf@trustee13.com
aty      Lloyd Koehler          lloydkoehler@hotmail.com
aty      Susan Marie Woolley          swoolley@feiwellhannoy.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Zachary D. Redden          5050 Pumping Station Road SE          Elizabeth, IN 47117
cr        Freedom Mortgage Corporation          Attn: BK Dept.          10500 Kincaid Drive          Fishers, IN 46037
16530002     Discover Bank/Discover Products Inc.          P.O. Box 3025          New Albany OH 43054
16560300     Freedom Mortgage Corporation          Attn: BK Dept.          10500 Kincaid Drive          Fishers, IN 46037
16564271     Jefferson Capital Systems LLC          Po Box 7999          Saint Cloud MN 56302–9617
16514128     Koehler Law Office          400 Pearl St, Ste 200          New Albany, IN 47150
16512413     OneMain Financial          Attn: Bankruptcy          Po Box 3251          Evansville, IN 47731

TOTAL: 7