United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 23-90010-AKM |
| Zachary D. Redden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2023 | Form ID: SF01017B | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary D. Redden, 5050 Pumping Station Road SE, Elizabeth, IN 47117-9300 |
| 16514128 | + | Koehler Law Office, 400 Pearl St, Ste 200, New Albany, IN 47150-3451 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16530002 | + | Email/Text: mrdiscen@discover.com | May 12 2023 21:11:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 16560300 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 12 2023 21:11:00 | Freedom Mortgage Corporation, Attn: BK Dept., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 16564271 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2023 21:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16512413 | + | Email/PDF: cbp@onemainfinancial.com | May 12 2023 21:25:43 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, Attn: BK Dept., 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023          Signature:    /s/Gustava Winters

District/off: 0756-4 | User: admin | Page 2 of 2
Date Rcvd: May 12, 2023 | Form ID: SF01017B | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Joseph M. Black, Jr. | jmbecf@trustee13.com jmbecf@cinergymetro.net |
| Lloyd Koehler | on behalf of Debtor Zachary D. Redden lloydkoehler@hotmail.com KoehlerlR50322@notify.bestcase.com;cherylg@koehlerlawoffice.com;paulam@koehlerlawoffice.com;kloangieb@gmail.com |
| Susan Marie Woolley | on behalf of Creditor Freedom Mortgage Corporation swoolley@feiwellhannoy.com usdcsdecfbk@feiwellhannoy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF01017B (rev 09/2019)

In re:

**Zachary D. Redden**,
    Debtor.

Case No. **23–90010–AKM–13**

### NOTICE OF PENDING DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

An Application to Pay Filing Fee in Installments was filed on January 11, 2023, by the debtor. An Order of the Court dated January 12, 2023 granted the application and required the debtor to pay the filing fee in installments. The Court, after reviewing this case, finds that the debtor failed to timely pay the filing fee.

**NOTICE IS GIVEN** that the filing fee be paid in full or a hearing be requested by May 26, 2023. Failure to do so will result in the dismissal of this case.

Dated: May 12, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court