UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: ZACHARY D REDDEN

Debtor(s)                                                                                         CASE NO:  23-90010-AKM-13

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-mentioned case was confirmed on June 13, 2023.

Dated:     June 15, 2023

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr.
Chapter 13 Trustee
PO Box 846
Seymour, IN  47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jblacktrustee@trustee13.com