UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE: | CASE NO: 23-90010 |
|---|---|
| ZACHARY D REDDEN | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 22 |

On 6/15/2023, a copy of the following documents, described below,

Notice of Confirmation of Chapter 13 Plan ECF Docket Reference No. 22

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph M. Black
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN  47274

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-90010
SOUTHERN DISTRICT OF INDIANA
THU JUN 15 7-35-24 PST 2023

BRITTANY BUSH
5050 PUMPING STATION ROAD
ELIZABETH   IN 47117-9300

CHRISTINA KRUER
1746 W OAK STREET
LOUISVILLE   KY 40210-2441

CODILIS LAW   LLC
8050 CLEVELAND PLACE
MERRILLVILLE   IN 46410-5302

EXCLUDE
~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

EXCLUDE
~~(D)FREEDOM MORTGAGE CORPORATION~~
~~ATTN BK DEPT~~
~~10500 KINCAID DRIVE~~
~~FISHERS   IN 46037-9764~~

DISCOVER BANKDISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY   OH 43054-3025

FREEDOM MORTGAGE CORPORATION
ATTN BK DEPT
10500 KINCAID DRIVE
FISHERS   IN 46037-9764

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY
907 PLEASANT VALLEY AVE   STE 3
MT LAUREL   NJ 08054-1210

IVD CHILD SUPPORT PROSECUTOR
311 HAUSS SQUARE   ROOM 249
NEW ALBANY   IN 47150-3570

EXCLUDE
~~JOSEPH M BLACK JR~~
~~OFFICE OF JOSEPH M BLACK   JR~~
~~PO BOX 846~~
~~SEYMOUR   IN 47274-0846~~

KOEHLER LAW OFFICE
400 PEARL ST   STE 200
NEW ALBANY   IN 47150-3451

LLOYD KOEHLER
400 PEARL ST STE 200
NEW ALBANY   IN 47150-3451

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE   IN 47731-3251

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE
~~US TRUSTEE~~
~~OFFICE OF US TRUSTEE~~
~~46 E OHIO STREET   ROOM 520~~
~~INDIANAPOLIS   IN 46204-1907~~

DEBTOR
ZACHARY D REDDEN
5050 PUMPING STATION ROAD SE
ELIZABETH   IN 47117-9300