UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: ZACHARY D REDDEN

DEBTOR(s)                                                 CASE NO.: 23-90010-AKM-13

### TRUSTEE'S MOTION TO DISMISS

Comes now the Trustee, Joseph M. Black, Jr., and requests the Court to dismiss this case without prejudice. In support of this Motion, the Trustee states the following:

1. The Debtor failed to provide copies of the 2022 Tax Returns per the Trustee's request at the First Meeting of Creditors held on February 16, 2023;
2. The Debtor is delinquent in plan payments in the approximate amount of $3,362.53 through July 2023, with the last payment received on July 31, 2023.

WHEREFORE, the Trustee requests the Court to dismiss this case without prejudice.

Dated: August 4, 2023

Respectfully Submitted,

/s/ Joseph M. Black, Jr
Joseph M. Black, Jr.
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email: jmblack.mtd@trustee13.com

Page 1 of 2

NOTICE OF MOTION TO DISMISS

Please take notice that parties in interest shall have **twenty-one (21) days from the date this Notice is served** to file an objection to the foregoing TRUSTEE'S MOTION TO DISMISS filed herein. Objections must be filed in accordance with Local Rule S.D.Ind. B-9013-1 at http://ecf.insb.uscourts.gov which requires a user account and password OR in writing (if not represented by an attorney) with the Clerk's Office at 110 U.S. Courthouse, 121 W Spring St, New Albany IN  47150, and served upon the Trustee and the debtor or the debtor's attorney at the address listed below.  If no objection is timely filed, an order may be entered by the Court for the relief requested.

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE     lloydkoehler@hotmail.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on August 4, 2023, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ZACHARY D REDDEN
5050 PUMPING STATION RD SE
ELIZABETH  IN  47117-

   /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee