## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:
ZACHARY D. REDDEN          }          CASE NO.  23-90010-AKM-13
    DEBTOR          }

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

    Comes now the Debtor(s), by counsel, Lloyd E. Koehler, and objects to the Motion to Dismiss filed by the Chapter 13 Trustee, and as the basis therefore, states as follows:

    Debtor's Counsel is attempting to contact the Debtor(s) in order to explore the possibility of curing the pending plan delinquency.

    **WHEREFORE**, Debtor(s) respectfully request that the Court deny the Motion to Dismiss.

Respectfully Submitted,

 /s/ Lloyd E. Koehler_____
Lloyd E. Koehler
Attorney at Law
400 Pearl Street, Suite 200
New Albany, IN  47150
(812) 949-2211
Fax (812) 703-9548
E-mail: lloydkoehler@hotmail.com

### CERTIFICATE OF SERVICE

    The undersigned certifies that on the 24th day of August, 2023 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

 /s/ Lloyd E. Koehler__ _____
Lloyd E. Koehler