UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  ZACHARY D REDDEN
DEBTOR                                                      CASE NO:  23-90010-AKM-13

## NOTICE OF CONSULTATION REQUIREMENT

**NOTICE IS GIVEN** that pursuant to this court's General Order 10-0001, the Debtor's attorney or the Debtor, if not represented by an attorney, is required to make contact with the Chapter 13 Trustee concerning the Objection to the Motion to Dismiss Case by September 14, 2023.  **Failure to make contact may result in the dismissal of this case without further notice or hearing.**

The Chapter 13 Trustee prefers E-mail contact.  Below is the contact information for that purpose:

Trustee:  Joseph M. Black, Jr.
E-mail:   jmblack.mtd@trustee13.com

Dated: August 24, 2023

_/s/ Joseph M. Black, Jr
Joseph M. Black, Jr.,
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN 47274
Phone:  (812) 524-7211
Fax:      (812) 523-8838
E-mail:  jmblack.mtd@trustee13.com

### CERTIFICATE OF NOTICE

I hereby certify that on August 24, 2023, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE  lloydkoehler@hotmail.com
U.S. TRUSTEE                   ustpregion10.in.ecf@usdoj.gov

I further certify that on August 24, 2023, a copy of the foregoing document was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ZACHARY D REDDEN
5050 PUMPING STATION RD SE
ELIZABETH  IN  47117-

_/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee