UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
ZACHARY D. REDDEN           }        CASE NO.  23-90010-AKM-13
     DEBTOR                 }

### AGREED ENTRY RESOLVING MOTION TO DISMISS

Comes now the Debtor(s), by Counsel, Lloyd E. Koehler, and the Trustee, Joseph M. Black, Jr. said parties now advise the Court that an agreement has been reached to cure the delinquencies mentioned in the Trustee's Motion to Dismiss filed August 4, 2023.

In order to cure the plan payment delinquencies through and including September, 2023, the following modification will be made:

1. The Trustee is in receipt of $6,727.86.  The Debtor proposes to cure the pending plan delinquency by sending payments in the amount of $305.77 through TFS billpay on September 15, 2023 and $305.77 on September 22, 2023.  The remaining delinquency will be cured by increasing payments from $1,325.00 per month to $1,387.70 per month commencing in October, 2023 for the remaining 52 months of the plan.   There is no change to the base amount.

2. The Debtor proposes to fund payments through a wage withholding order as follows:

   Iron Metal Forming
   2190 Landmark Ave.
   Corydon, IN 47112
   Phone: 812-738-5918
   Paid:  Weekly

The Debtor will continue to deliver payments through TFS billpay until the wage withholding order commences.

Plan payments will only be deemed timely received by the Trustee if received in the month in which they are due.

The case will be automatically dismissed if any payment due during the six (6) month probationary period is not received by the Trustee prior to the last day of the month in which it is due.

AGREED AND STIPULATED TO:

Date: October 18, 2023      Date: October 18, 2023

/s/Lloyd E. Koehler      /s/Joseph M. Black, Jr.
Lloyd E. Koehler      Joseph M. Black, Jr.
Attorney for the Debtor(s)      Chapter 13 Trustee
400 Pearl St., Suite 200      P.O. Box 846
New Albany, IN 47150      Seymour, IN 47274
Phone: (812)949-2211      Phone: (812)524-7211
Fax: (812)703-9548      Fax: (812)523-8838
E-mail: lloydkoehler@hotmail.com      Email: jblacktrustee@trustee13.com